(AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 05/28/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ AH _____ DEPUTY |

# UNITED STATES DISTRICT COURT

for the

Central District of California

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 5/28/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ MMC _____ DEPUTY |

United States of America.

v.

BRADLEY ROSENBERG,

Defendant(s)

Case No.  2:26-mj-03190-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 27, 2026, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 841(a)(1) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_/s/ Melanie Dumon_
*Complainant's signature*

Melanie Dumont, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   May 28, 2026

*Judge's signature*

City and state:   Los Angeles, California

Honorable Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

AUSA: Frances S. Lewis (714) 338-2829

## AFFIDAVIT

I, Melanie Dumont, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against Bradley ROSENBERG ("ROSENBERG"), for a violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine).

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF AFFIANT

3.   I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been since July of 2014.  I am currently assigned to the High Intensity Drug Trafficking Area Tactical ("HIDTA") Tactical Diversion Squad 2.  I attended approximately 4 1/2 months of training at the DEA Training Academy in Quantico, Virginia, where I received training in criminal law and procedure, surveillance operations, search warrant and report writing, undercover operations, confidential source management, money laundering and asset forfeiture, and

1

specialized training concerning crimes in violations of the Controlled Substances Act contained within Title 21 of the United States Code and criminal conspiracies involving the smuggling and distribution of narcotics and dangerous drugs.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.   On May 27, 2026, during the execution of a search warrant at ROSENBERG's home, law enforcement discovered an active clandestine laboratory filled with numerous controlled substances, as well as a breathing respirator mask, a scale, powder mixers, beakers, buckets, pill bottles, and a tabletop pill press.  ROSENBERG also had a clear crystalline substance that field-tested positive for methamphetamine.  At his house, ROSENBERG, who is a convicted felon, also had multiple firearms.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

5.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    ROSENBERG Ordered Percocet Die Punches**

6.   In January 2026, HIDTA 45 received information that ROSENBERG had two packages seized by CBP that were mislabeled as "BASE METAL HARDWARE ACCESSORIES" and a "CONNECTING ROD" but were die set Percocet[1] punches.[2]  On the bill of lading for both

---

[1] Percocet is a registered trademark and brand name of a Schedule II pharmaceutical controlled substances containing a combination of oxycodone and acetaminophen.

[2] Die set Percocet punches are molds that create pills that have the same stamp as Percocet pills.  21 U.S. Code § 843(a)(5) makes it unlawful for any person to knowingly or intentionally make, distribute, or possess any punch, die, plate, stone, or
*(footnote cont'd on next page)*

2

parcels were ROSENBERG's name, telephone number 818-612-5161, and recipient address for 24027 Welby Way, West Hills, California 91307 (the "Residence").  Die set Percocet punches are molds that create pills that have the same stamp as Percocet pills.  The first package was seized by CBP in November 2024, and the second package was seized by CBP in January 2025.  From my training and experience, I know that Percocet is a trade name for a pill which contains Oxycodone and Acetaminophen. Oxycodone is a schedule II controlled substance under the Controlled Substances Act.

**B.    ROSENBERG Orders Ingredients for Pill Production**

7.    On January 9, 2026, law enforcement served a DEA Administrative Subpoena to R.N. of LFA MACHINES.  The subpoena requested information regarding LFA MACHINES's sales of tablet/pill press machines and excipients[3] to Bradley ROSENBERG, and/or the address 24027 Welby Way, West Hills, CA 91307 ("the Residence").

8.    On January 13, 2026, law enforcement received a return of subpoena from R.N. via email.  In the email, R.N. wrote, "There appear to have been some Amazon orders from 2024 which likely went to the address however I am unable to verify this due to Amazon redacting all of the customer information, all I

---

other thing designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark, imprint, or device of another or any likeness of any of the foregoing upon any drug or container or labeling thereof so as to render such drug a counterfeit substance.

[3] Excipients are inactive ingredients that are used in the manufacturing of pills for the purpose of adding weight, color and consistency to a pill.

am able to see are city and state.  There was one order which has taken place since we moved systems and I have attached that."  The email contained an Excel spreadsheet titled, "LH-26-085819" which indicated that LFA MACHINES sold 1 kilogram of "fructose DC" excipient to ROSENBERG at the Residence on or about January 15, 2024.  Based on my training and experience, I am aware that "fructose DC" is a common excipient used in the manufacture of medications.

**C. ROSENBERG Appears to Have a Pill Press in His Garage**

9.  On January 9, 2026, at approximately 9:15 a.m., DEA Special Agent Michael Sier, who I have spoken with, established surveillance in the vicinity of the Residence.  SA Sier observed ROSENBERG's Dodge Ram truck with corresponding California license plate number 22985X2 in the driveway of the residence.

10.  At approximately 9:28 a.m., SA Sier observed the Dodge Ram leave the Residence and park in a shopping center.  SA Sier did not see the driver get out of the truck but could see the driver was a white male.

11.  On January 14, 2026, at approximately 8:00 a.m., DEA SAs of LAFD HIDTA 45 established surveillance at the Residence.  SA Michael Sier and Group Supervisor ("GS") Robert Thomas observed ROSENBERG's Dodge Ram truck in the driveway.

12.  At approximately 9:40 a.m., GS Thomas observed a white male with brown hair with a similar height and weight to that which is stated on ROSENBERG's driver's license exit the Residence with a minor female with blond hair and drive away from the residence.  GS Thomas observed that the man matched

4

ROSENBERG's DMV driver's license photo and description, except he now had a full beard.

13.   On February 25, 2026, at approximately 8:00 a.m., DEA law enforcement again established surveillance in the vicinity of the residence.  At approximately 1:39 p.m., I saw the Residence's garage door was opened.  At that time, I saw a male walking in the driveway that matched the overall appearance of ROSENBERG's California Driver's license photograph and was consistent with GS Thomas's observations on January 14, 2026.  During the time the garage door was opened, DEA SA Barett Warren observed what appeared to be a machine in the garage, as reflected in the photograph below.



14.   As reflected in the photograph and circled in red, there is machinery in the garage that appears to be constructed of stainless steel.  While I am unable to tell from the

5

photograph that the machinery in the photograph is a pill press or components of a pill press, I believe that it is possible.  I know from my training and experience investigating the illegal manufacture of pharmaceutical controlled substances that pill press machines can vary in size and capacity with single-punch machines that are small enough to fit on a tabletop while larger rotary press machines offer high-capacity tablet production and have the footprint of a full-sized refrigerator.  I also know that pill presses are almost always constructed of stainless-steel.

**D. ROSENBERG Contacts Company Regarding LSD Analogue Blotting Paper**

15.  On February 5, 2026, the Honorable Michael B. Kaufman, United States Magistrate Judge, Central District of California, in case number 2:26-MJ-00661, issued an order pursuant to 18 U.S.C. § 2703(d), directing the PROVIDER to provide certain non-content records associated with ROSENBERG.

16.  As a result of the 2703(d) order, law enforcement has reviewed mail headers of ROSENBERG's email which show the from, to and date information, but not the content of the emails themselves.

17.  As a result of a review of these email headers, law enforcement is aware that on January 11, January 14, and February 18, 2025, ROSENBERG exchanged emails with a Canadian chemical company called "Research Chemical" which sells LSD analogue blotting paper.  Pursuant to a review of their website[4]

---

[4] https://www.research-chemcial.com/about/.  As of May 20, 2026, the website redirects to "Bromadol Research Laboratory."

https://www.research-chemcial.com/about/ Research Chemical define themselves as:

> Research Chemical Laboratory one of the most trusted and reliable research chemicals suppliers worldwide.  We are the top vendor for customers looking to buy 1V-LSD, 1P-LSD, 1cP-LSD, ALD-52 RCs. We are the leading supplier for all lysergamide and tryptamine compounds. We pride ourselves on supplying our customers with the highest quality chemicals – all our compounds are sourced from the most reputable laboratories and analyzed by a third party before being offered to the market.

18.  The website goes on to state that "All our products are strictly for laboratory use only and are not approved for human consumption."  Based on my investigation, it appears that ROSENBERG does not own a laboratory or company that has a laboratory.  Based on my training and experience, I know that 1V-LSD, 1P-LSD, 1cP-LSD, and ALD-52 are not controlled substances or listed chemicals under the Controlled Substances Act (the "CSA"), but also that if intended for human consumption, 1P-LSD and 1cP-LSD may be considered controlled substance analogues as defined by Title 21 of the United States Code (U.S.C.) § 802(32) and can be treated as schedule I controlled substances for the purpose of Federal law pursuant to Title 21 U.S.C. § 813.

19.  The website also states that Research Chemical will only accept Bitcoin as payment for sale.  Based on my training and experience, I know that cryptocurrency can be a preferred method for drug trafficking transactions due to this form of currency operating outside the scope of traditional banking which accept subpoenas of records from law enforcement.

7

20.  On March 25, 2026, the Honorable Maria A. Audero, United States Magistrate Judge, issued a federal search warrant for information associated with sidewayz240@gmail.com.  As a result of the search warrant, law enforcement has reviewed the content of ROSENBERG's emails.

21.  Based on a review of these emails, law enforcement is aware that on January 11, 2025, ROSENBERG sent an email with the subject header "Setup order" in which he wrote to support@research-chemical.com, "Please send pricing on bromazolam. Thank you kindly!"  On January 14, 2025, an individual representing "Research Chemical" called "Professor Chen" at support@research-chemical.com wrote to ROSENBERG, "Please contact other retailers for BUY BROMAZOLAM."  From my training and experience and familiarity with this investigation, I believe this communication represents an inquiry from ROSENBERG to purchase bromazolam from Research Chemical.  I know from my training and experience that bromazolam is a designer synthetic benzodiazepine and is currently one of the most identified benzodiazepines in illicit drug seizures tested by DEA laboratory systems.  I also know that due to this, on March 16, 2026, the DEA issued a temporary scheduling order placing bromazolam in Schedule I of the Controlled Substances Act.

22.  I have reviewed one additional email dated January 18, 2025, from ROSENBERG to "Professor Chen" at support@research-chemical.com which states, "Order has not shipped."  I believe this reflects that ROSENBERG made a purchase from "Research

Chemical" and that he was writing to inquire about the status of the order.

### E. ROSENBERG Contacts a Controlled Substance Distributor Based in India

23.  From my review of the content of ROSENBERG's emails, I know that on September 21, 2024, Manali Rajput at manalirajput32@gmail.com responded to ROSENBERG with an email containing the subject header "Alprazolam" in which he wrote, "Hiii Sir This is Dheeraj Sharma From Oh Yeah Fitness Planet." The same day, ROSENBERG replied, "Hi friend, address saved."

24.  An Internet search for "Oh Yeah Fitness Planet" revealed a website at www.ohyeahfitnessplanet.in for Oh Yeah Fitness Planet, an India-based supplier and exporter of pharmaceuticals which listed Dheeraj Sharma as its CEO.  I have reviewed the website for the company which advertises numerous Schedule III anabolic steroid products for sale.  I believe from my review of these emails that ROSENBERG contacted Sharma for the purpose of inquiring to purchase alprazolam, a Schedule IV controlled substance.

### F. ROSENBERG Purchases Items to Facilitate Pill Production from Amazon

25.  On February 13, 2026, law enforcement served a subpoena to Amazon for the purchase history of ROSENBERG for the dates of January 1, 2024, to the present as well as correlated information to include such things as subscriber information, billing information and payment methods. Based on an analysis of the returned records I am aware of the following.

9

26. For the time period articulated in the subpoena, I am aware of the following orders placed by ROSENBERG:

- 1/12/2024: Fructose DC Powder - 1 kg (2.2 lb) - Tableting Sugar Sweet Binding Agent for Direct Compression Tablet Press Machine Pill Binder Mix - Chewable Supplement Confectionary Excipient;

- 7/29/2024: Rapid Response 2.0 Fentanyl Test Strips-5 Pack – Upgraded Drug Testing Kit with Micro Scoop – Fewer Cross-Reactions – Fast & Accurate Harm Reduction Tool for Overdose Prevention;

- 7/29/2024: Benzodiazepine (BZD) - 1 Panel Dip Card (Pack of 5 Tests);

- 7/29/2024: 5 Panel Drug Test Kit for All Drugs - AMP, COC, MET, OPI,THC - 1 Pack;

- 7/29/2024: Set of 10 OXY Oxycodone, Percocet, Hydrocodone Dip Device Test Kits;

- 12/29/2024: BTNX Inc Fentanyl Test Strip for Liquid and Powder Substances - 10 Test Strips Per Pack - Rapid Response;

- 12/29/2024: [25 Pack] Fentanyl Test Strips for Rapid Detection - Carethetic Fentanyl Test kit - High Sensitive & Reliable Quality, Easy to Use & Read FTS Test Strips;

- 8/7/2025: ACCT Analytical Balance Lab Scale 3000g x 0.1g, Compact Industrial & Laboratory Scale with Tare/Counting Functions, 5 Units, Dual Charging (Battery/USB) - Scientific Scale for Labs &

10

Factories;

- 12/30/25: 300 Pack Small Pill Bags, 6 mil Sturdy - 3 Assorted Sizes: 2x1.85'', 2.5x2.25'', 3x2.75'' Clear Zip Bags, Reusable Pill Pouch Bags for Travel, Storage, Jewelry & Craft Pieces;

- 1/11/2026: Lab Sieve Pan with Lid, Chromium-Plated Steel Test Sieves Pan, Economy Standard Analysis Sample Test Sieves for Industrial Laboratory Homes, 12Inch/30cm Diameter 2.75in/7cm Height and

- 1/22/2026: BulkSupplements.com Hypromellose Powder - Hydroxylpropyl Methylcellullose, Excipient & Thickening Agent - Food Grade & Vegan Alternative, 250g (8.8 oz) (Pack of 1)

- 1/28/2026: EASYIN Fentanyl Test Strips: 25 Pack Individual Pouches Rapid Response Fentanyl Testing Kit for Powder Pills Urine - 10ng/mL Cutoff FTS Test Strips

27.  Based on my training and experience and participation in this investigation and other investigations, I am aware that the orders articulated above are reflective of the manufacture of pills, testing of pills and their collection for distribution.  Specifically, I believe that the purchase of laboratory equipment is meant to assist in the process to produce the pills, the excipient is part of the ingredients of the pills and the drug testing kits are meant to test the amount of each drug tested that is produced in pills which I believe ROSENBERG is producing.  The purchase of plastic small pill bags

11

is indicative of the need to group them in small quantities, which is a typical method of distribution.  I am also aware that the billing phone number for all of these Amazon purchases is 818-612-5161 which is the same telephone number subscribed to the SUBJECT ACCOUNT and the same telephone number which was on the packages seized by CBP with mislabeled Percocet die punch sets.  Furthermore, all of the packages were shipped to the residence where surveillance has been conducted, i.e., the Residence.

**F.    Execution of a Federal Search Warrant of ROSENBERG and the Residence on May 27, 2026**

28.  On May 21, 2026, the Honorable Stephanie S. Christensen, United States Magistrate Judge, Central District of California, in case number 2:26-MJ-03054 (person) and case number 2:26-MJ-03061 (residence), authorized a search warrant for ROSENBERG and the Residence.

29.  On May 27, 2026, DEA law enforcement agents executed the federal search warrant on ROSENBERG and the Residence. During the execution of the search of the residence agents discovered an active clandestine laboratory in a bedroom within the residence.  The laboratory contained what I recognized to be equipment reflective of the illegal manufacture of counterfeit pharmaceutical controlled substances such as a breathing respirator mask, a scale, powder mixers, numerous excipients, beakers, buckets, pill bottles, and a tabletop pill press with a punch die bearing the markings "M367."  I know from my training and experience that white oblong pills imprinted with "M367" are

12

a Schedule II opioid pain medication that contains hydrocodone bitartrate 10mg and acetaminophen 325mg.  I observed white powder on and around the pill press and throughout the laboratory and other rooms within the Residence, indicating an active manufacturing operation.

30.  As part of the search, I seized approximately 1,767 grams[5] of a clear crystalline substance within the same room that I recognize from my training and experience as resembling crystal methamphetamine, a type of amphetamine.

31.  Field tests conducted by DEA Forensic Chemists during the search returned positive results for the presence of methamphetamine.  I know from my training and experience that methamphetamine is regularly used in the illegal manufacturing of counterfeit Adderall pills and that approximately 1,767 grams of crystal methamphetamine is a large quantity indicative of distribution for sale rather than personal use.

32.  Photographs of the clandestine laboratory equipment and the crystal methamphetamine are incorporated as Attachment A to this affidavit.

33.  Due the presence of the clandestine laboratory and contamination from the counterfeit pill pressing operation throughout the Residence, the scene was declared to be a hazardous environment.  This required law enforcement personnel to utilize respiratory equipment for safe breathing and hand and

---

[5] This approximate weight includes the evidence bag which was containing it during the weight measurement.

body protection such as full body suits to safely handle and remove laboratory evidence from the Residence.

34.   The bedroom containing the laboratory was directly adjacent to a bedroom containing what I recognize as clothing for an adolescent girl and which I believe was primarily occupied by ROSENBERG's daughter, where she was located upon entry to the residence.  When law enforcement personnel initially encountered ROSENBERG and the female adolescent at the onset of the search in the Residence, neither was wearing any personal protective equipment and ROSENBERG was covered in a white powdery substance.  I know from my participation in the search that law enforcement found a white powdery substance in a toilet in a bathroom connected to the bedroom where the clandestine laboratory operation was discovered.  I believe this indicates that ROSENBERG attempted to haphazardly flush materials from the pill press operation down the toilet to evade law enforcement when he became aware of law enforcement at the Residence.

35.   Finally, I know from my participation in the search that an open and unlocked safe was discovered in a bedroom across from the adolescent girl's bedroom which I believe was primarily occupied by ROSENBERG since it contained men's clothing and men's watches.  Inside the safe I observed a Kimber Eclipse Custom II .45 caliber pistol and three loaded magazines, numerous empty high capacity long rifle magazines, a sealed

14

packet of buprenorphine and naloxone sublingual film[6], and various baggies containing an unidentified off-white powdery substance.  Photos are contained within Attachment A.

**G.    ROSENBERG Has Been Convicted of a Felony that Prohibits Him from Possessing Firearms or Ammunition**

36.  I reviewed the following certified conviction documents for ROSENBERG and learned that on the following dates ROSENBERG was convicted of felonies:

a.    On June 4, 2014, ROSENBERG was convicted of a felony for possession of a narcotic or controlled substance in violation of California Health and Safety Code § 11350(A).

b.    On August 27, 2015, ROSENBERG was convicted of burglary in violation of California Penal Code § 459.

c.    On April 22, 2016, ROSENBERG was convicted of possession of an ID of 10+ persons with intent to defraud in violation of California Penal Code § 530.5(c)(3) and receiving/ETC known stolen property in violation of California Penal Cide § 496(A)PC.

d.    On October 1, 2021, ROSENBERG was convicted for a violation of California Penal Code § 30305(A)(1) for possession of ammunition by a prohibited person.

37.  ROSENBERG was therefore prohibited from possessing any firearms or ammunition.

//

//

---

[6] Buprenorphine is a schedule III controlled substance under the Controlled Substances Act.

## V.   CONCLUSION

38.   For all the reasons described above, there is probable cause to believe that ROSENBERG violated 21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of May, 2026.

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

16

# ATTACHMENT A

**Attachment A**











